UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RAYMOND JAMES FINANCIAL SERVICES, INC.,

        Petitioner - Appellant,

 v.

MARK JOSEPH BOUCHER,

        Respondent - Appellee.

No. 24-998

D.C. No. 3:22-cv-01658-JAH-BGS
Southern District of California, San Diego

ORDER

The motion (Docket Entry No. 5) for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court will act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT